ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:25-po-00271-CSK |
| Plaintiff, | ) ) | ORDER TO RESET COLLATERAL AND VACATE TRIAL DATE |
| v. | ) ) | |
| MANDRELL L. KNIGHT, | ) ) | DATE:  March 18, 2026 |
| Defendant. | ) ) | TIME:  10:00 a.m. JUDGE: Hon. Chi Soo Kim |
| | ) ) ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Reset Collateral and Vacate Trial Date is GRANTED.

It is further ordered that the bench trial scheduled on March 18, 2026, is vacated.

IT IS SO ORDERED.

Dated: March 2, 2026

_____
HON. CHI SOO KIM
United States Magistrate Judge

ORDER TO RESET & VACATE TRIAL DATE          1          U.S. v. MANDRELL L. KNIGHT